```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-22864-CIV-MORENO
                              MAGISTRATE JUDGE P.A. WHITE
WILLIE JOHNSON aka
TONY LEE BILLINGSLEY,         :

     Petitioner,              :
                                   REPORT RECOMMENDING
                                        DISMISSAL
v.                            :

STATE OF FLORIDA,             :

     Respondent.              :
```

Willie Johnson, a prisoner confined in the Ridgeland Correctional Institution, located in Ridgeland, South Carolina, filed a pleading captioned as a complaint. The pleadings was docketed as a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2254.

This petitioner claims that while on parole from the North Carolina Department of Corrections, Florida violated him on a concurrent sentence, and issued a detainer. This pleading appears to be a mixed type of petition containing elements of a habeas petition and civil rights. The petitioner seeks monetary damages, not awarded in habeas corpus petitions. See: 28 U.S.C. §2241/2254. The petitioner further seeks to have the State of Florida dismiss his sentence due to errors.

In any case, this petition has no relation to the Southern District of Florida. The petitioner is confined in Ridgeland, South Carolina. The Florida sentence was entered in Bartow, Florida, in Polk County. Polk County is located in the Middle District of Florida.

The applicable venue for a federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located[1] or in the District where he is confined. 28 U.S.C. §2241(d).

Ordinarily the Clerk would be directed to transfer this case to the applicable venue pursuant to 28 U.S.C. §1406(a). However, in this case the petitioner needs to amend the pleading as filed, to remove his claim of monetary damages from his petition and to add additional facts as to the errors he claims resulted in his Florida sentence.

It is therefore recommended that this petition be dismissed without prejudice.

---

[1] This remains the same if the petitioner wishes to solely attack the Florida detainer.

The petitioner may file his petition either in his place of confinement, South Carolina, or the Middle District of Florida.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 20th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Willie Johnson, Pro Se
    aka Tony Lee Billingsley
    DC#H02607
    Ridgeland, SC 29936

    Lucy Lara, Case Assignment Administrator