UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**08-22864-CIV-MORENO**

WILLIE JOHNSON a/k/a TONY LEE BILLINGSLEY,

   Petitioner,

vs.

STATE OF FLORIDA,

   Respondent.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on **(D.E. No. 1)**, filed on **October 15, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3)** on **October 20, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 3)** on **October 20, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)   Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice;

(2)   This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record